1

2                                                    The Honorable James L. Robart

3

4

5

6

7

8

                                 UNITED STATES DISTRICT COURT
9                          FOR THE WESTERN DISTRICT OF WASHINGTON
                                            AT SEATTLE
10

11   DR. JAMES ELABOR, M.D.                          No. 2:18-cv-00469-JLR

12              Plaintiff,

13              v.                                    [~~PROPOSED~~] ORDER SETTING
                                                     EXPERT DISCLOSURE DEADLINE
14   WHIDBEY PUBLIC HOSPITAL
     DISTRICT d/b/a WHIDBEY HEALTH
15   MEDICAL CENTER

16              Defendants.

17

18

19                           [~~PROPOSED~~] ORDER

20        HAVING reviewed the parties' Stipulated Motion to Amend Expert Disclosure

21   Deadline and Related Dates in this matter and having found good cause for such

22   extension of time, the Court hereby GRANTS the parties' Stipulated Motion. The

23   case schedule is to be modified as follows:

24

25   Disclosure of expert testimony under          March 27, 2019

26   FRCP (26(a)(2)

27

     [PROPOSED] ORDER SETTING                                ALBERT LAW PLLC
     EXPERT DISCLOSURE                                  3131 Western Ave. Suite 410
     DEADLINE – 1                                            Seattle, WA 98102
     (2:18-cv-00469-JLR)                                      (206) 576-8046

1

2          IT IS SO ORDERED.

3

4          DATED this _12th_ day of _March_, 2019.

5

6

7                                    The Honorable James L. Robart
                                     United States District Judge
8

9

10
   Presented by:
11

12  Gregory W. Albert, WSBA #42673
    ALBERT LAW PLLC
13  3131 Western Ave, Suite 410
14  Seattle, WA  98121
    Telephone: (206) 576-8044
15  E-mail: greg@albertlawpllc.com
    *Attorney for Plaintiff*
16

17

    Approved as to form; Notice of Presentation Waived:
18

19
    Justin A. Steiner, WSBA #45314
20  MULLIN, ALLEN & STEINER PLLC
    101 Yesler Way, Suite 400
21  Seattle, WA 98104
    E-mail: jsteiner@masattorneys.com
22  *Attorney for Defendants*

23

24

25

26

27

[PROPOSED] ORDER SETTING                        ALBERT LAW PLLC
EXPERT DISCLOSURE                          3131 Western Ave. Suite 410
DEADLINE– 2                                    Seattle, WA 98102
(2:18-cv-00469-JLR)                              (206) 576-8046