UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ELBAOR, M.D.,<br><br>                Plaintiff,<br>      v.<br><br>WHIDBEY PUBLIC HOSPITAL DISTRICT,<br><br>                Defendant. | CASE NO. C18-0469JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is Plaintiff James Elbaor's motion to enforce a subpoena and impose sanctions. (Mot. (Dkt. # 12).) Dr. Elbaor filed this motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's June 11, 2018, scheduling order. (*See* Sched. Order (Dkt. # 8) at 2 ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . .") (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (second alteration in

original)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Dr. Elbaor's motion (Dkt. # 12) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 17th day of April, 2019.

JAMES L. ROBART
United States District Judge