# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES ELBAOR, M.D., <br><br> Plaintiff, <br> v. <br><br> WHIDBEY PUBLIC HOSPITAL DISTRICT, <br><br> Defendant. | CASE NO. C18-0469JLR-MLP <br><br> MINUTE ORDER REASSINGING CASE |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This action has been assigned to the Honorable James L. Robart, United States District Judge.

It appearing from the files and records herein that this is an appropriate matter to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth,

//

1 | pursuant to Local Rules W.D. Wash. MJR 6 and Western District of Washington
2 | Amended General Order No. 02-19, now therefore,
3 |     IT IS ORDERED that the above-entitled action be referred to the Honorable
4 | Michelle L. Peterson, who is directed and empowered to conduct hearings and make any
5 | further necessary orders consistent with the Local Rules and the instructions of the
6 | District Judge to whom the case is assigned. All future documents filed in this case must
7 | bear the cause number C18-0469JLR-MLP.
8 |     Filed and entered this 23rd day of May, 2019.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk